### THE PEERLESS.

### HORAN v. HUGHES et al.

(Circuit Court of Appeals, Second Circuit. May 15, 1922.)

#### No. 271.

Appeal from the District Court of the United States for the Southern District of New York.

Libel by Thomas J. Horan against James Hughes, Jr., in personam, and the steamtug Peerless, her engines, etc., in rem, in which the Doane Towboat Company claimed the tug. From a decree for respondent and claimant (282 Fed. 1000), libelant appeals. Affirmed.

Macklin, Brown, Purdy & Van Wyck, of New York City (Pierre M. Brown, of New York City, of counsel), for appellant.

Herbert Green, of New York City (Leo J. Curren, of New York City, of counsel), for appellee Hughes.

Blodgett, Jones, Burnham & Bingham, of Boston, Mass. (Stephen R. Jones, of Boston, Mass., of counsel), for appellee Doane Towboat Co.

Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.